1  EDWARD F. LANIGAR, ESQ.
   Nevada Bar No. 007056
2  CISNEROS & MARIAS
   1140 North Town Center Drive, Suite 200
3  Las Vegas, Nevada 89144
   Phone: (702) 233-9660
4  Fax: (702) 233-9665
   Email: edward.lanigar@zurichna.com
5
   Attorneys for Defendants
6  STARWOOD HOTELS AND RESORTS
   WORLDWIDE, INC., HOST DENVER, LLC
7  and WESTIN OPERATOR, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA DICERBO, an individual and DOES I-III, inclusive,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., a foreign corporation; HOST LESSEE DENVER LLC dba THE WESTIN TABOR CENTER, a Maryland limited liability company; HOST DENVER, LLC, a Delaware limited liability company; WESTIN OPERATOR, LLC, a Delaware limited liability company; DOES 3 through X; and ROE BUSINESS ENTITIES I through X,<br><br>　　　　　Defendants. | CASE NO.: 2:12-cv-02098-MMD-NJK<br><br>(District Court Case No.: A-12-665047-C)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

////

////

////

////

////

1

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between CRAIG D. SLATER, ESQ. of LUH & ASSOCIATES, counsel for Plaintiff LINDA DICERBO, and EDWARD F. LANIGAR, ESQ. of CISNEROS & MARIAS, counsel for Defendants STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., HOST DENVER, LLC and WESTIN OPERATOR, LLC, that the above-entitled action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs incurred herein.

DATED this 28th day of January, 2014.        DATED this 29th day of January, 2014.

LUH & ASSOCIATES                              CISNEROS & MARIAS

By: _____            By: _____
CRAIG D. SLATER, ESQ.                         EDWARD F. LANIGAR, ESQ.
Nevada Bar No. 008667                         Nevada Bar No. 007056
8987 W. Flamingo Rd., Suite 100               1140 N. Town Center Dr., Suite 200
Las Vegas, NV 89147                           Las Vegas, NV 89144
*Attorneys for Plaintiff*                     *Attorneys for Defendants*
LINDA DICERBO                                 STARWOOD HOTELS AND RESORTS
                                              WORLDWIDE, INC., HOST DENVER,
                                              LLC and WESTIN OPERATOR, LLC

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action shall be dismissed with prejudice and each party shall bear their own attorney's fees and costs incurred herein.

DATED this 30th day of January, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

2